# EXHIBIT A

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount | |
|---|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Kerry Ingredients & Flavours | 11/28/2022 | 266300 | Check | $ | 2,522.21 |
| Akorn Operating Company, LLC | Kerry Ingredients & Flavours | 1/6/2023 | 266931 | Check | $ | 35,518.09 |
| Akorn Operating Company, LLC | Kerry Ingredients & Flavours | 1/19/2023 | 267003 | Check | $ | 33,853.80 |
| Akorn Operating Company, LLC | Kerry Ingredients & Flavours | 1/26/2023 | 267067 | Check | $ | 14,527.40 |
| Akorn Operating Company, LLC | Kerry Ingredients & Flavours | 2/6/2023 | 267190 | Check | $ | 4,697.70 |
| Akorn Operating Company, LLC | Kerry Ingredients & Flavours | 2/21/2023 | 267354 | Check | $ | 33,853.80 |
| | | | | | $ | 124,973.00 |